IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lopez, Nancy | Case Number: 07 B 10821 |
|---|---|---|
| | Lopez Sr, Jesus | Judge: Hollis, Pamela S |
| | Printed: 9/11/07 | Filed: 6/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 30, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of New York | Secured | | No Claim Filed |
| 2. | Option One Mortgage Corp | Secured | | No Claim Filed |
| 3. | Beneficial | Unsecured | | No Claim Filed |
| 4. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 5. | Credit Protection Association | Unsecured | | No Claim Filed |
| 6. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 7. | Mercury Finance Co | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Mercury Finance Co | Unsecured | | No Claim Filed |
| 10. | American Collection Corp | Unsecured | | No Claim Filed |
| 11. | United Auto Credit | Unsecured | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | Professional Account Management | Unsecured | | No Claim Filed |
| 14. | Verizon Wireless | Unsecured | | No Claim Filed |
| 15. | Providian | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lopez, Nancy | Case Number:  07 B 10821 |
| Lopez Sr, Jesus | Judge:  Hollis, Pamela S |
| Printed:  9/11/07 | Filed:  6/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_